State of Kansas. Motions to dismiss or affirm submitted February 26, 1907. Decided March 4, 1907.. *Per Curiam.* Dismissed for the want of jurisdiction. *Eilenbecker* v. *District Court of Plymouth County,* 134 U. S. 31; *Mugler* v. *Kansas,* 123 U. S. 623; *Crowley* v. *Christensen,* 137 U. S. 86; *Giozza* v. *Tiernan,* 148 U. S. 662; *Otis* v. *Parker,* 187 U. S. 606, 608, 609; *Castillo* v. *McConnico,* 168 U. S. 674; *Smiley* v. *Kansas,* 196 U. S. 447. Case below, 86 Pac. Rep. 499. *Mr. Alfred M. Jackson* for plaintiff in error. *Mr. C. C. Coleman* for defendant in error:

---

No. 221. O. V. LAWSON, PLAINTIFF IN ERROR, *v.* THE STATE OF WASHINGTON. In error to the Supreme Court of the State of Washington. Argued for defendant in error March 1, 1907. Decided March 11, 1907. *Per Curiam.* Dismissed for the want of jurisdiction. *Dent* v. *West Virginia,* 129 U. S. 114; *California Powder Works* v. *Davis,* 151 U. S. 393; *Sayward* v. *Denny,* 158 U. S. 180; *Ansbro* v. *United States,* 159 U. S. 695. *Mr. F. B. Crosthwaite* for plaintiff in error. *Mr. Frederic D. McKenney, Mr. J. S. Flannery, Mr. George H. Walker* and *Mr. Kenneth MacKintosh* for defendant in error.

---

No. 224. PROCOPIA GARZA DE VILLEREAL ET AL., PLAINTIFFS IN ERROR, *v.* THE STATE OF TEXAS. In error to the Court of Civil Appeals for the Third Supreme Judicial District of the State of Texas. Submitted March 6, 1907. Decided March 11, 1907. *Per Curiam.* Dismissed for the want of jurisdiction. *O'Connor* v. *Texas,* 202 U. S. 501; *Bacon* v. *Texas,* 163 U. S. 219; *California Powder Works* v. *Davis,* 151 U. S. 389; *Devine* v. *Los Angeles,* 202 U. S. 313, 337. *Mr. H. G. Dickinson* for plaintiffs in error. *Mr. Robert V. Davidson* for defendant in error.